```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                  06-CV-3496(JMR/AJB)
```

| | |
|---|---|
| Eugene H. Mathison | ) |
| | ) |
| v. | )   ORDER |
| | ) |
| Roy L. Morrison, Warden | ) |

Defendant has timely objected to the Report and Recommendation, issued October 5, 2007 [Docket No. 18] by the Honorable Arthur J. Boylan, United States Magistrate Judge. The Magistrate recommended denying petitioner's amended habeas corpus petition and dismissing petitioner's action with prejudice.

After a <u>de novo</u> review of the record, the Court adopts the Magistrate's Report and Recommendation.

Accordingly, petitioner's amended habeas corpus petition [Docket No. 9] is denied and this action is dismissed with prejudice.

IT IS SO ORDERED.
Dated: October 29, 2007

s/ James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge